AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

CHRISTIE MULLIN

*Plaintiff(s)*

v.

ASSOCIATED NEWSPAPERS LIMITED; MAIL MEDIA, INC. (d/b/a DailyMail.com and MailOnline); and ELINA SHIRAZI

*Defendant(s)*

Civil Action No. 26-cv-3615 (APM)

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* ASSOCIATED NEWSPAPERS LIMITED,
Northcliffe House
9 Derry Street,
London W8 5HY

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Christopher Todd Marks, Esq.
WESTCHASE LAW, P.A.
12027 Whitmarsh Lane, Tampa, FL 33626
Email: todd@westchaselaw.com; Service@WestchaseLaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date: 10/18/2026

/s/ Jean-Claude Douyon

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | | |
|---|---|---|
| CHRISTIE MULLIN<br>*Plaintiff(s)*<br>v.<br>ASSOCIATED NEWSPAPERS LIMITED; MAIL MEDIA, INC. (d/b/a DailyMail.com and MailOnline); and ELINA SHIRAZI<br>*Defendant(s)* | ) | Civil Action No. 26-cv-3615 (APM) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* MAIL MEDIA, INC. d/b/a DailyMail.com and MailOnline
Attn:Corporation Service Company
80 State Street
Albany, New York 12207-2543

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Christopher Todd Marks, Esq.
WESTCHASE LAW, P.A.
12027 Whitmarsh Lane, Tampa, FL 33626
Email: todd@westchaselaw.com; Service@WestchaseLaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

UNITED STATES DISTRICT & BANKRUPTCY COURTS DISTRICT OF COLUMBIA

*ANGELA D. CAESAR, CLERK OF COURT*

Date: 10/18/2026

/s/ Jean-Claude Douyon
*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT

for the

District of Columbia

CHRISTIE MULLIN

*Plaintiff(s)*

v.

ASSOCIATED NEWSPAPERS LIMITED; MAIL MEDIA, INC. (d/b/a DailyMail.com and MailOnline); and ELINA SHIRAZI

*Defendant(s)*

Civil Action No. 26-cv-3615 (APM)

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* ELINA SHIRAZI
4018 CHANCERY CT NW
WASHINGTON, DC 20007-2140

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Christopher Todd Marks, Esq.
WESTCHASE LAW, P.A.
12027 Whitmarsh Lane, Tampa, FL 33626
Email: todd@westchaselaw.com; Service@WestchaseLaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date: 10/18/2026

/s/ Jean-Claude Douyon

*Signature of Clerk or Deputy Clerk*